No. 857. Home Cab Co. *v.* Wichita et al. Jurisdictional statement submitted April 13, 1935. Decided April 29, 1935. *Per Curiam:* The appeal herein is dismissed (1) for the

want of a properly presented federal question, *Dewey* v. *Des Moines*, 173 U. S. 193, 197–198; *Keokuk & Hamilton Bridge Co.* v. *Illinois*, 175 U. S. 626, 633–635; *New York* v. *Kleinert*, 268 U. S. 646, 650; *Whitney* v. *California*, 274 U. S. 357, 362–363; and (2) for the want of a substantial federal question, *Sunday Lake Iron Co.* v. *Wakefield*, 247 U. S. 350, 353; *Chicago Great Western Ry.* v. *Kendall*, 266 U. S. 94, 99; *Southern Ry. Co.* v. *Watts*, 260 U. S. 519, 526–527. *Mr. James G. Martin* for appellant. *Mr. Harry W. Hart* for appellees. ▮▮▮▮▮▮▮▮▮